E-Filing

BARRY J. PORTMAN
Federal Public Defender
HILARY A. FOX
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Tel: (510) 637-3500
Counsel for Defendant MARISCAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-70789-MAG (BZ) |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER TO STAY COMMITMENT |
| ) | ORDER AND REMOVAL |
| CESAR MARISCAL MARISCAL, ) | |
| Defendant. ) | |

The parties submit this stipulation to request that the Court stay the order of Commitment to Another District entered in this matter on December 7, 2006. At this time, Mr. Mariscal is facing criminal proceedings both in the District of Arizona and, more recently, in the Northern District of California, Oakland venue, as set forth in greater detail below. The parties agree that a brief stay of the removal order is appropriate to afford an opportunity for the parties to determine whether both pending cases may be resolved in a single disposition in this district.

On December 7th, Mr. Mariscal made his initial appearance before this Court in San Francisco on a warrant issued out of the District of Arizona for violations of his supervised release. At that appearance, Mr. Mariscal agreed to be removed to Arizona. This Court issued an order of Commitment to Another District later that same day.

On December 14, while Mr. Mariscal was still in custody in the Northern District, awaiting transfer to Arizona, the U.S. Attorney for the Northern District of California filed a complaint charging Mr. Mariscal with a new violation of Section 1326 of Title 8 of the United States Code

STIP AND ORD FOR STAY                                - 1 -

(docket number 4-06-70810-WDB). On December 15, Mr. Mariscal made his initial appearance on that complaint before the Magistrate Judge in Oakland, California. At that time, neither the Magistrate Judge nor counsel present in court were aware of the removal order already entered on December 7 by the Magistrate Judge in San Francisco. Mr. Mariscal made a subsequent appearance in Magistrate Court in Oakland on December 18, and is scheduled for a third appearance in Magistrate Court in Oakland on January 16, 2007, at 10:00 a.m.

Counsel for Mr. Mariscal and for the government have been in discussions regarding a possible joint resolution combining the new charge with the existing supervised release violation out of Arizona. In order to allow the parties additional time to complete these discussions and, if appropriate, arrange transfer of the supervised release proceedings to this district, the parties jointly recommend and request that the Court stay the removal order issued December 7, 2006.

SO STIPULATED.

Dated: January 12, 2007

HILARY A. FOX
Attorney for Defendant MARISCAL

SO STIPULATED.

Dated: January 12, 2007

DEBORAH DOUGLAS
Assistant United States Attorney

ORDER

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the ORDER of this Court that the Order of Commitment to Another District issued December 7, 2006, is hereby STAYED until further action by this Court.

IT IS SO ORDERED.

Dated: January 12, 2007

BERNARD ZIMMERMAN
United States Magistrate Judge

STIP AND ORD FOR STAY                -2-

1  (docket number 4-06-70810-WDB). On December 15, Mr. Mariscal made his initial appearance
2  on that complaint before the Magistrate Judge in Oakland, California. At that time, neither the
3  Magistrate Judge nor counsel present in court were aware of the removal order already entered on
4  December 7 by the Magistrate Judge in San Francisco. Mr. Mariscal made a subsequent
5  appearance in Magistrate Court in Oakland on December 18, and is scheduled for a third
6  appearance in Magistrate Court in Oakland on January 16, 2007, at 10:00 a.m.

7  Counsel for Mr. Mariscal and for the government have been in discussions regarding a
8  possible joint resolution combining the new charge with the existing supervised release violation
9  out of Arizona. In order to allow the parties additional time to complete these discussions and, if
10 appropriate, arrange transfer of the supervised release proceedings to this district, the parties
11 jointly recommend and request that the Court stay the removal order issued December 7, 2006.
12 SO STIPULATED.
13 Dated:       January __, 2007
14                                             _____
                                                HILARY A. FOX
15                                              Attorney for Defendant MARISCAL

   SO STIPULATED.
16
   Dated:       January __, 2007
17
                                                _____
18                                              DEBORAH DOUGLAS
                                                Assistant United States Attorney
19
                                      ORDER
20
   Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the
21
   ORDER of this Court that the Order of Commitment to Another District issued December 7,
22
   2006, is hereby STAYED until further action by this Court.
23
   IT IS SO ORDERED.
24
   Dated: January __, 2007
25                                              _____
                                                BERNARD ZIMMERMAN
26                                              United States Magistrate Judge

STIP AND ORD FOR STAY                      - 2 -